Commonwealth *v.* Brauer, Appellant.

Argued December 6, 1972. *Jonathan D. Dunn,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Brock, Appellant.

Argued December 12, 1972. *Jonathan Miller,* Assistant Defender, with him *Roger Williams,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.